AL:PTH/MSM
F.#2015R00857

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – X

2017 JU⁚ –7  PM 4: 06

UNITED STATES OF AMERICA

- against -

LARRY PAGETT,
    also known as "Biz," "Biz Loc"
    and "Molotovbizzz,"

               Defendant.

– – – – – – – – – – – X

**INDICTMENT**

Cr. No. _____
(T. 18, U.S.C., §§ 1959(a)(1), 2 and 3551
et seq.)

CR 17 306

KUNTZ, J.

⁚ ⁚IONE, M.J.

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times relevant to this Indictment, unless otherwise indicated:

### The Enterprise

1.      The Eight Trey Crips gang (hereinafter, the "Eight Trey Crips" or the "enterprise"), including its leadership, membership and associates, constituted an "enterprise," as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact which engaged in, and the activities of which affected, interstate and foreign commerce.   The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

2.      The Eight Trey Crips was a street gang founded in Los Angeles, California and based locally in and around the Flatbush Gardens (formerly Vanderveer)

Housing Complex in the Flatbush neighborhood of Brooklyn, New York ("Flatbush

Gardens").   Members and associates of the Eight Trey Crips engaged in narcotics trafficking

and committed acts of violence, including murder, robbery and assault, as well as other

crimes.

       3.     The Eight Trey Crips, through its members and associates, engaged in

racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and

1961(1), that is, offenses involving narcotics trafficking, punishable under Title 21, United

States Code, Sections 841 and 846, and acts and threats involving murder and robbery, that

are chargeable under New York Penal Law and punishable by imprisonment for more than

one year.

       4.     The defendant LARRY PAGETT, also known as "Biz," "Biz Loc" and

"Molotovbizzz," was a member and leader of the Eight Trey Crips.

Purposes of the Enterprise

       5.     The purposes of the Eight Trey Crips included the following:

         a.     Enriching the members and associates of the enterprise through

criminal activity, including drug trafficking and robbery;

         b.     Promoting and enhancing the prestige, reputation and position

of the enterprise with respect to rival criminal organizations;

         c.     Preserving and protecting the power, territory and criminal

ventures of the enterprise through the use of intimidation, threats of violence and acts of

violence, including murder, robbery and assault; and

2

      d.     Keeping victims and rivals in fear of the enterprise and its members and associates.

<u>Methods and Means of the Enterprise</u>

      6.     Among the means and methods by which the defendant and his associates conducted and participated in the conduct of the affairs of the enterprise were the following:

      a.     Members of the enterprise and their associates used, attempted to use and conspired to use drug trafficking and robbery as means of obtaining money;

      b.     Members of the enterprise and their associates committed, attempted to commit and threatened to commit acts of violence, including acts involving murder, robbery and assault, to enhance the enterprise's prestige and protect and expand the enterprise's criminal operations; and

      c.     Members of the enterprise and their associates used and threatened to use physical violence against various individuals, including members of rival criminal organizations.

<u>MURDER IN-AID-OF RACKETEERING</u>

      7.     The allegations contained in paragraphs one through six are realleged and incorporated as if fully set forth in this paragraph.

      8.     On or about August 28, 2015, within the Eastern District of New York and elsewhere, the defendant LARRY PAGETT, also known as "Biz," "Biz Loc" and "Molotovbizzz," together with others, for the purpose of maintaining and increasing position

3

in the Eight Trey Crips, an enterprise engaged in racketeering activity, did knowingly and

intentionally murder Chrispine Philip, also known as "Droppa," in violation of New York

Penal Law Sections 125.25(1) and 20.00.

(Title 18, United States Code, Sections 1959(a)(1), 2 and 3551 et seq.)

A TRUE BILL

FOREPERSON

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

4

F. #2015R00857

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

### EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

### LARRY PAGETT,

Defendant

# INFORMATION

(T. 18, U.S.C., §§ 1959(a)(1), 2 and 3551 et seq.)

*A true bill.* _____

*Foreperson*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of* _ _ _ _ _ _ _ _ _ _ _ _ *A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Patrick Hein / Mathew Miller, Assistant U.S. Attorneys (718) 254-7000*