TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

2017 JUN -7 PM 4:05

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

**CR 17 306**

USA
v.
Larry Pagett    -v.-

Docket Number

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge: KUNTZ, J.
Date Entered:_____

~~TISCIONE, M.J.~~

B) If a <u>new</u> application, the statute, regulation, or other legal basis that authorizes filing under seal

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✗
Name: Patrick Hein AUSA
Firm Name:_____
Address:_____
Phone Number: 718-254-6401
E-Mail Address: patrick.hein@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO (circled)
If yes, state description of document to be entered on docket sheet:

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY <u>NOT</u> BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED:_____, NEW YORK

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE _____
                                                                 DATE

MANDATORY CERTIFICATION OF SERVICE:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ___ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

June 6, 2017          [signature]
DATE                  SIGNATURE