# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

   -against-

LARRY PAGETT,

        Defendant

-----------------------------------------------------------X

AFFIDAVIT
17 Cr. 306 (WHK)

I, SETZER WILLIAMS, hereby swear to the truth of the following statement under the penalty of perjury:

In the summer of 2015, I approached several men on the corner of Flatbush and Woodruff Avenues in Brooklyn.

One of the men is known to me as "Biz".

I was drunk and approached the men asking for money.

I did not ask them for a gun nor did I say that I would get a gun from the "Folk gang".

I got in an argument with some of the men and one of them punched me.

I was knocked to the ground but I was not seriously injured.

I got up and left on my own. No ambulance was called or needed to assist me.

Sometime later, on or about September 21, 2015, I fell from the second floor of a building and injured my ankle and foot.

I was taken to the hospital where I had surgery and a cast was put on my leg.

_____
SETZER WILLIAMS
Sworn to before me on this 26 day
of November, 2019

11/26/19
Dated

_____
HYUN SUP OH
Notary Public, State of New York
01OH6089663 - Suffolk County
Commission Expires March 31, 2023