Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

EASTERN District of NEW YORK

Caption:

UNITED STATES v.

LARRY PAGETT

Docket No.: 17-CR-306

William F. Kuntz. II
(District Court Judge)

Notice is hereby given that LARRY PAGETT appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify) entered in this action on June 29, 2021.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea | | trial |✓| N/A | .

Offense occurred after November 1, 1987? Yes |✓| No | N/A |

Date of sentence: June 24, 2021    N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed | N/A |

Appellant is represented by counsel? Yes |✓| No | If yes, provide the following information:

Defendant's Counsel: Richard E. Mischel, Esq. - Mischel & Horn, P.C.

Counsel's Address: One Whitehall Street - 10th Floor
New York, New York 10001

Counsel's Phone: 212-425-5191

Assistant U.S. Attorney: Patrick Hein, Matthew S. Miller

AUSA's Address: 271 Cadman Plaza East
Brooklyn, New York 11201

AUSA's Phone: 718-254-6484/6075

_____
Signature